AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1501755

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Adirondacks Protection Services LLC**
was received by me on *(date)* **10/1/21**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **John Doe - refused name**, who is designated by law to accept service of process on behalf of *(name of organization)* **Adirondacks Protection Services LLC** on *(date)* **10/8/21 at 8:14 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/21**

*Server's signature*

**Dainon Ward   Lic # 2079049**
*Printed name and title*

**166-06 24th Rd Whitestone NY 11357**
*Server's address*

Additional information regarding attempted service, etc:
Served at 416 Vermont St, Brooklyn, NY 11207
(male, black, bald, 51-65, 5'4-5'8, 161-200 lbs)