UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF THE STATE OF NEW YORK     Record # 28524M

ANTHONY PERSAUD, ADRIAN HOLDER, AND ROMANO CHOTKOE, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION,

Plaintiff(s)

against

INDEX# 1:21-CV-08115-VEC
Date filed 9/30/2021

ADIRONDACKS PROTECTION SERVICES, LLC AND COLIN BLACKMAN, RONALD WILLIAMS AND COLLIN JAMES

Defendant(s)

STATE OF NEW YORK     COUNTY OF ALBANY     1501759

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

**EMILY M. CORBETT** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **10/14/2021** at **2:45 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

### SUMMONS IN A CIVIL ACTION AND COMPLAINT,

on **ADIRONDACKS PROTECTION SERVICES, LLC**, **Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**     Description of the Recipient is as follows:

A Female with White skin, Brown hair, who is approximately 54 years of age and has an approximate height of 5' 1" and approximate weight of 120 pounds.

Other identifying features are as follows: Glasses.

EMILY M. CORBETT
Process Server

State of New York
County of Albany

Sworn to before me on This 15 day of October 2021

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2025

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2022