AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   1501756

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Colin Blackman**
was received by me on *(date)* **10/1/21**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ or usual place of ~~abode~~ **business** with *(name)* **John Doe co-worker, refused name**, a person of suitable age and discretion who ~~resides~~ **works** there,
on *(date)* **10/8/21 at 8:14 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/21**

_____
Server's signature

**Damon Ward  LIC# 2079049**
Printed name and title

**166-06 24th Rd, Whitestone NY 11357**
Server's address

Additional information regarding attempted service, etc:
**Served at 416 Vermont St, Brooklyn, NY 11207
(male, black, bald, 51-65, 5'4"-5'8", 161-200 lbs)**