AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1601757

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ronald Williams__

was received by me on *(date)* __10/1/21__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ **business** or usual place of ~~abode~~ with *(name)* __John Doe co-worker, refused name__, a person of suitable age and discretion who resides there,
on *(date)* __10/8/21 at 8:14 AM__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/8/21__

_____
Server's signature

__Dainon Ward   Lic # 2079049__
Printed name and title

__106-06 24th Rd Whitestone NY 11357__
Server's address

Additional information regarding attempted service, etc:
served at 416 Vermont St, Brooklyn NY 11207
(male, black, bald, 5'4-5'8, 161-200lbs)