USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

Anthony Persaud, Adrian Holder, and Romano Chotkoe, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                     *Plaintiffs*,

        -against-

Adirondacks Protection Services, LLC, Colin Blackman, Ronald Williams, and Collin James,

                                     *Defendants*.

------------------------------------------------------------------X

Index No.: 1:21-cv-08115

## [PROPOSED] ORDER TO SHOW CAUSE

Upon the annexed declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, the affidavit of Anthony Persaud, the affidavit of Adrian Holder, and the affidavit of Romano Chotkoe, in Support of the Order to Show Cause of Plaintiffs Anthony Persaud, Adrian Holder, and Romano Chotkoe (collectively, the "Plaintiffs"), against the Defendants[1] in the above-captioned action, and all pleadings and proceedings heretofore had herein, it is hereby ORDERED that:

1.    Defendants show cause before this Court, the Honorable Judge Valerie E. Caproni presiding, in Courtroom 443 of the United States District Court for the Southern District of New York, at the Courthouse located at 40 Foley Square, New York, NY 10007, <u>April 26, 2022</u>, at <u>2:00</u> ~~a.m.~~/p.m., or as soon thereafter as counsel may be heard, why an order should not be entered, (i) entering default judgment against Defendants pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b); (ii) together with such other relief as this Court deems just and proper.

---

[1] "Defendants" collectively refer to Defendants Adirondacks Protection Services, LLC, Colin Blackman, Ronald Williams, and Collin James.

2. Let service of a copy of this Order to Show Cause, together with the papers upon which it is based, be accomplished by delivering these papers by registered mail to Defendants, with a return receipt requested, at the business address for Adirondacks Protection Services LLC and the individual Defendants' home addresses, by on or before March 25, 2022, and that be deemed good and sufficient service.

3. Plaintiffs must file proof of service and the return receipts on the public docket not later than March 28, 2022.

4. Opposition papers, if any, from Defendants, must be filed with the Court on or before   April 19, 2022.

March 18, 2022
Dated: New York, New York

_____
The Honorable Valier E. Caproni
United States District Judge