USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
Anthony Persaud, Adrian Holder, and Romano Chotkoe, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                            *Plaintiffs*,

        -against-

Adirondacks Protection Services, LLC, Colin Blackman, Ronald Williams, and Collin James,

                            *Defendants*.
------------------------------------------------------------------------X

Index No.: 1:21-cv-08115

[PROPOSED] **DEFAULT JUDGMENT**

THIS MATTER is before the Court on Plaintiffs Anthony Persaud, Adrian Holder, and Romano Chotkoe (collectively, the "Plaintiffs") motion for default judgment against Defendants Adirondacks Protection Services, LLC (the "Corporate Defendant"), Colin Blackman, Ronald Williams, and Collin James (collectively, the "Individual Defendants", and together with the Corporate Defendant, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), S.D.N.Y. Local Civil Rule ("LCR") 55.2(b) and the Honorable District Judge Valerie E. Caproni's Individual Practices Rule 3(K) (the "Motion for Default"). Accordingly, after due consideration, it is:

ORDERED AND ADJUDGED that the Plaintiff's Motion for Default against Defendants Pursuant to Fed.R.Civ.P. 55(b) is GRANTED as follows:

1.    Pursuant to Federal Rules of Civil Procedure 54, 55 and 58, Default Judgment be and the same is hereby ENTERED in favor of Plaintiffs and against Defendants upon the Complaint [Dckt. No. 1] filed herein as follows:

**IT IS ORDERED AND ADJUDGED** that Defendants are liable for the sum of $10,482.70 as and for unpaid minimum and overtime wages; the sum of $1,637.14 in spread-of-hours compensation; the sum of $12,119.84 as and for liquidated damages; the sum of $17,522.73 as and for attorneys' fees; the sum of $707.24 as and for costs; and the sum of $<u>    827.64    </u> as and for pre-judgment interest, for a total judgment amount of $ <u>43,297.29</u>   and;

**IT IS ORDERED AND ADJUDGED** that Defendants are liable for the sum of $27,500 as and for Defendants' violation of NYLL § 195(1) and NYLL § 195(3); and

**IT IS ORDERED AND ADJUDGED** that the total amounts above shall bear interest at the prevailing statutory interest rate, for which sums let execution issue forthwith.

~~**BANKRUPTCY NONDISCHARGEABILITY**~~

~~**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Defendants, and further, any debt for disgorgement, prejudgment interest, civil penalty, or other amounts due by Defendants under this Judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendants of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).~~

~~**RETENTION OF JURISDICTION**~~

~~**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.~~

**RULE 54(b) CERTIFICATION**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Default Judgment forthwith and without further notice.

SIGNED in Chambers in ~~Daniel Patrick Moynihan~~ Thurgood Marshall United States Courthouse, this __26th__ day of __April__, 2022.

The Clerk of Court is respectfully directed to terminate all open motions and close this case.

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE